IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LYNN SULLIVAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>VISTA STAFFING SOLUTIONS, INC.;<br>STEPHEN SCHWARTZ, and<br>NAVTEJPAL SINGH KAHLON,<br><br>　　　　Defendants. | CV 19-80-GF-BMM<br><br>ORDER GRANTING<br>MOTION TO CONTINUE<br>DEADLINES |
| UNITED STATES OF AMERICA,<br><br>　　　　Cross-claimant,<br><br>vs.<br><br>VISTA STAFFING SOLUTIONS, INC.;<br>STEPHEN SCHWARTZ, and<br>NAVTEJPAL SINGH KAHLON,<br><br>　　　　Cross defendants. | |

The parties have filed a joint motion to extend deadlines set in this Court's order granting the motion to continue deadlines (Doc. 35). Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. The current pretrial deadlines are vacated, and the discovery deadlines are set forth as follows:

| | |
|---|---|
| All parties shall disclose liability experts on or before: | June 30, 2022 |
| Plaintiffs shall disclose damages experts on or before: | June 30, 2022 |
| Defendants shall disclose damages experts on or before: | July 30, 2022 |
| All parties shall disclose rebuttal experts on or before: | August 30, 2022 |
| Discovery shall close on: | September 30, 2022 |
| Telephonic Status conference with the Court to set trial date (877-402-9753; access code: 5136505): | October 3, 2022 at 1:30 p.m. |

Dated this 8th day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court