IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LYNN SULLIVAN,<br><br>           Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA; VISTA STAFFING SOLUTIONS, INC.; STEPHEN SCHWARTZ, and NAVTEJPAL SINGH KAHLON,<br><br>           Defendants. | CV 19-80-GF-BMM<br><br>ORDER |

The United States moves to voluntarily dismiss its cross-claim against Cross Defendants Vista Staffing Solutions, Inc.; Stephen Schwartz; and Navtejpal Singh Kahlon. *See* Fed. R. Civ. P. 41(a)(2), (c). Cross Defendants do not oppose the motion.

IT IS HEREBY ORDERED that the United States' motion is GRANTED. The United States' cross-claim against Vista Staffing Solutions, Inc.; Stephen Schwartz; and Navtejpal Singh Kahlon is dismissed with prejudice.

IT IS FURTHER ORDERED that the caption is amended, as above, to remove the cross-claim.

1

Dated this 7th day of July 2022.

_____
Brian Morris, Chief District Judge
United States District Court