IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LYNN SULLIVAN<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 19-80-GF-BMM<br><br>ORDER |

Having settled all matters between them, parties here stipulate to dismissal of this action, each party to bear its own fees and costs.

Wherefore IT IS HEREBY ORDERED this matter is DISMISSED with prejudice, each party to bear its own fees and costs.

DATED this 24th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court